JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZHENI CHAVUSHYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>CREDIT CONTROL LLC,<br><br>Defendant. | Case No. 15-cv-04371-R-AJW<br><br>**HON. MANUEL L. REAL**<br><br>**[~~PROPOSED~~] ORDER ENTERING JUDGMENT AGAINT DEFENDANT CREDIT CONTROL LLC IN FAVOR OF PLAINTIFF EZHENI CHAVUSHYAN** |

On October 7, 2015, Defendant CREDIT CONTROL LLC ("Defendant") made an Offer of Judgment to Plaintiff EZHENI CHAVUSHYAN ("Ms. Chavushyan"). [ECF No. 19]. Thereafter, Ms. Chavushyan accepted said Offer on October 7, 2015. [ECF No. 20]. Accordingly, IT IS HEREBY ORDERED THAT:

1. Judgment is entered in favor of Ms. Chavushyan and against Defendant pursuant to Federal Rule of Civil Procedure, Rule 68;

2. Said Judgment shall be for the total sum of $9,505.00 (nine thousand five hundred and five dollars and zero cents);

3. Said Judgment shall also require Defendant to separately pay Plaintiff reasonable costs incurred by Plaintiff in connection with her claims, and reasonable attorney fees incurred by Plaintiff in connection with her claim against Defendant under the Fair Debt Collection Practices Act and the California Rosenthal Act, in an amount as agreed by counsel for the parties; and

4. Said Judgment shall also enjoin Defendant from placing any non-emergency telephone calls to Plaintiffs cellular telephone using any automatic telephone dialing system or an artificial or prerecorded voice without Plaintiff's prior express consent.

Dated: October 9, 2015

_____
Hon. Manuel L. Real
United States District Court Judge